THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Honorable Susan V. Kelley
    United States Bankruptcy Judge

DATED:   May 24, 2012



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:   Slavica Nikolic and Zoran Nikolic, | Case No. 11−29608−svk |
| Debtors. | Chapter 13 |

### ORDER DISMISSING CASE – CONFIRMED PLAN

    The above−named Debtors filed a petition under Chapter 13 of the Bankruptcy Code, commencing this bankruptcy case. The Chapter 13 plan was confirmed. The Chapter 13 Trustee filed a motion to dismiss the Debtors' case for failure to comply with the terms of the plan. In response to the motion to dismiss, the Court entered an order requiring the Debtors to make certain payments to the Trustee. The order provided that if the Debtors failed to comply with the order, the Debtors' case could be dismissed upon the affidavit of default of the Trustee. The Trustee has filed and served an affidavit of default stating that the Debtors failed to make the required payments. It is therefore,

    ORDERED:   that the Debtors' case is hereby dismissed, effective immediately; and it is further,

    ORDERED:   that the Trustee is authorized to distribute funds being held in this case to the creditors pursuant to the confirmed plan.

                              #####